In the Matter of the Petition of WILLIAM J. COLKER, Respondent, to Compel CATHRYNE CORNELL, Appellant, to Render and Settle Her Account as Administratrix c. t. a. of EMANUEL GREEN VALVERDE, Deceased.— Decree of the Surrogate's Court of Kings county and order entered on reargument unanimously affirmed, with costs to respondent, payable out of the fund directed in the decree to be accounted for in the estate of the husband, Emanuel Green Valverde. We agree with the conclusions reached by the learned surrogate without fully concurring in the reasoning of the opinions. We affirm on the authority of *Dunn* v. *New Amsterdam Casualty Co.* (141 App. Div. 478); *Matter of Hammer* (101 Misc. 351); *St. John* v. *Andrews Institute* (191 N. Y. 254, 275). Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ. [148 Misc. 49, 347.]

In the Matter of the Arbitration of Certain Controversies between FREDERIC P. WIEDERSUM and Another, Appellants, and BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 24, AT VALLEY STREAM, IN THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, Respondent.— Order denying motion for the appointment of arbitrators and dismissing the proceeding affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.

LOUIS KAPLAN, Appellant, v. GRANDVIEW DAIRY, INC., Respondent.— Order setting aside the verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

SALLY KERMAN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Defendant, and YETTA KERMAN, Appellant. In the Matter of the Application of YETTA KERMAN, Appellant, against SALLY KERMAN and Others, Respondents, for an Order Adjudging the Respondents in Civil Contempt of This Court under the Judiciary Law, etc.— Order denying motion of Yetta Kerman for a new trial upon the ground of newly-discovered evidence and for other relief unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

HUGH W. MURPHY, INC., Respondent, v. COMMONWEALTH ASSOCIATES, INC., and Another, Appellants.— Order granting plaintiff leave to serve a supplemental summons and an amended complaint affirmed, with ten dollars costs and disbursements; said papers, if not already served, are to be served within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

JESSIE B. O'NEIL, Appellant, v. JOHN FARR, JR., and Others, Copartners Doing Business under the Firm Name and Style of FARR & Co., Respondents.— Order granting defendants' motion for summary judgment and judgment entered thereon reversed on the law and the facts, with ten dollars costs and disbursements, and motion for summary judgment denied. There are issues of fact to be tried. Appeal from order denying motion for reargument dismissed. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.